NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Respondent, *v.* THE VILLAGE OF PORT CHESTER, Appellant.

*N. Y.. N. H. & H. R. R. Co.* v. *Village of Port Chester*, 149 App. Div. 893, affirmed.
(Argued February 5, 1914; decided February 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 24, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to have certain assessments for street improvements canceled.

*De Witt H. Lyon* and *Arthur R. Wilcox* for appellant.

*Charles M. Sheafe, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., COLLIN, CUDDEBACK, HOGAN and MILLER, JJ. Absent: WERNER, J. Not sitting: HISCOCK, J.